83,506-01

# WRIT OF HABEAS CORPUS

## CERTIFIED COPIES OF

## CAUSE NO. 1097497-A

## POST CONVICTION

FROM:                    179TH DISTRICT COURT

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

OF

HARRIS COUNTY, TEXAS

LEEROY CESAR CARBALLO

## APPLICANT

VS.

THE STATE OF TEXAS

## RESPONDENT

REV. 01-02-04

# INDEX

|  | PAGE |
|---|---|
| WRIT OF MANDAMUS ORDER ISSUED IN THE COURT OF CRIMINAL APPEALS OF TEXAS | 1 |
| DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER | 3 |
| THE STATE'S MOTION REQUESTING DESIGNATION OF ISSUES / THE STATE'S PROPOSED ORDER DESIGNATING ISSUES | 4 |
| LETTER TO APPLICANT | 7 |
| CERTIFICATE OF THE CLERK | 8 |

REV: 01-02-04



FILED
Chris Daniel
District Clerk
JUL 29 2015
Time:_____
Harris County, Texas
By_____
Deputy

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. WR-83,506-01

### IN RE LEEROY CESAR CARBALLO, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1097497-A IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. He contends that he mailed an "amended/supplemented application for writ of habeas corpus"[1] in November 2013, and has received no confirmation that the District Clerk filed the documents.

In these circumstances, additional facts are needed. The Respondent, the District Clerk of Harris County, is ordered to file a response, addressing whether they received Applicant's pleadings,

---

[1] It appears that the original writ filed is still pending under authority of an order designating issues signed on October 20, 2011.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

: 00001

2

and, if so, stating whether they were filed. If the pleadings were received and filed, the District Clerk's response shall include proof establishing the date of filing. If the pleadings were received but not filed, the District Clerk shall detail its rationale for not filing them.

This motion for leave to file a writ of mandamus shall be held in abeyance until the Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 29, 2015
Do not publish

# PATRICIA R. LYKOS
## DISTRICT ATTORNEY
### HARRIS COUNTY, TEXAS

September 28, 2011

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas  77002

Re:  Ex parte **LEEROY CESAR CARBALLO**
No. **1097497-A** in the **170**[TH]
District Court of Harris County, Texas
Filing date: **SEPTEMBER 28**[TH]**, 2011**

Date copy of writ delivered to District Attorney's Basket: **SEPTEMBER 28**[TH]**, 2011**
By: **L. JEFFERSON**

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

_[signature]_

SEP 3 0 2011
_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

1201 Franklin Street, Suite 600, Houston, Texas 77002-1923

: 00003

NO. 1097497-A

| EX PARTE | § | IN THE 179th DISTRICT COURT |
| | § | OF |
| LEEROY CESAR CARBALLO,<br>  Applicant | § | HARRIS COUNTY, TEXAS |

## THE STATE'S MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need to be resolved:

1. Whether the applicant received effective assistance of counsel at trial.

2. Whether the applicant received effective assistance of counsel on appeal.

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

> Leeroy Cesar Carballo
> #1462910 – Wayne Scott Unit
> 6999 Retrieve Rd.
> Angleton, TX 77515

SIGNED October 6, 2011.

Respectfully submitted,

Kevin P. Keating
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657, (713) 755-5809 (fax)
Texas Bar I.D. #00787813

FILED
Chris Daniel
District Clerk
OCT 06 2011
Harris County, Texas
By_____ Deputy
Time:_____

IMAGED

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

: 000004

NO. 1097497-A

EX PARTE § IN THE 179th DISTRICT COURT

§ OF

LEEROY CESAR CARBALLO,
   Applicant § HARRIS COUNTY, TEXAS

## THE STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds

that the following issues need to be resolved in the instant proceeding:

1. Whether the applicant received effective assistance of counsel at trial.

2. Whether the applicant received effective assistance of counsel on appeal.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issues

and then enter findings of fact.

The Clerk of the Court is **ORDERED <u>NOT</u>** to transmit at this time any documents in the

above-styled case to the Court of Criminal Appeals until further order by this Court.

By the following signature,

the Court adopts the State's Proposed Order Designating Issues.

SIGNED on the ____ day of OCT 2 0 2011, 2011.

_____
PRESIDING JUDGE





# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

November 7, 2011

PATRICIA LYKOS
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1097497-A in the 179TH District Court.

☐ State's Original Answer Filed

☐ Affidavit Filed

☐ Court Order Dated

☒ Respondent's Proposed Order Designating Issues Dated October 20, 2011

☐ Respondent's Proposed Findings of Fact and Order

☐ Other

Sincerely,

Daisy Motina, Deputy
Criminal Post Trial

*Enclosure(s) – RESPONDENT'S MOTION/ORDER DESIGNATING ISSUES*

 

# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

November 7, 2011

LEROY CESAR CARBALLO
31462910-WAYNE SCOTT UNIT
6999 RETRIEVE RD.
ANGLETON, TX 77515

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1097497-A in the 179TH District Court.

☐ State's Original Answer Filed

☐ Affidavit Filed

☐ Court Order Dated

☒ Respondent's Proposed Order Designating Issues Dated October 20, 2011

☐ Respondent's Proposed Findings of Fact and Order

☐ Other

Sincerely,

Daisy Molina, Deputy
Criminal Post Trial

*Enclosure(s) – RESPONDENT'S MOTION/ORDER DESIGNATING ISSUES*

CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS           { IN THE 179th DISTRICT COURT

COUNTY OF HARRIS          { OF HARRIS COUNTY, TEXAS

I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the foregoing 8 pages contain true and correct copies of original records now in my lawful custody and possession relating to cause number 1097497-A including certified copies as requested from Court Order (entered on the 29th day of JULY, A.D., 2015) and each document, the inclusion of which was thereby ordered.

I further certify the Applicant LEEROY CESAR CARBALLO is in the custody of the Texas Department of Criminal Justice Institutional Division.

Witness my hand and seal of said Court at Houston, Texas, on this the 21st day of SEPTEMBER, 2015.

CHRIS DANIEL, District Clerk
Harris County, Texas

By:_____
Brenda McNeil, Deputy

REV. 01-02-04

00008